IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIA
ATLANTA DIVISION

CHARLES E. JORDAN,  :
                    :
    Plaintiff,      :
                    :        Civil Action No.
                    :        1:13-CV-03703-WBH-JSA
v.                  :
                    :
GUARANTEED AUTO, INC.,  :
                    :
    Defendant.      :

## DEFENDANT GUARANTEED AUTO, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Guaranteed Auto, Inc., Defendant in the above-styled civil action, and files its Answer to Plaintiff's Complaint, showing the Court as follows:

## FIRST DEFENSE

This action should be dismissed because Guaranteed Auto, Inc. and Plaintiff agreed to arbitrate any dispute arising out of the sale of the vehicle in question.

## SECOND DEFENSE

Defendant answers the numbered paragraphs of Plaintiff's Complaint as follows:

## INTRODUCTION

### 1.

Defendant can neither admit nor deny the allegations contained in Paragraph 1 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

## JURISDICTION AND VENUE

### 2.

Defendant can neither admit nor deny the allegations contained in Paragraph 2 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

### 3.

Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

## PARTIES

### 4.

Defendant can neither admit nor deny the allegations contained in Paragraph 4 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

5.

Defendant admits the allegations contained in Paragraph 5 of Plaintiff's

Complaint.

6.

Defendant can neither admit nor deny the allegations contained in Paragraph

6 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

FACTS

7.

Defendant admits the allegations contained in Paragraph 7 of Plaintiff's

Complaint.

8.

Defendant denies the allegations contained in Paragraph 8 of Plaintiff's

Complaint.

9.

Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

Defendant admits only that according to the Bill of Sale, the sales fee "represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles." Defendant denies the remaining allegations of Paragraph 11 of Plaintiff's complaint.

12.

Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.

Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant admits the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant can neither admit nor deny the allegations contained in Paragraph 19 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

20.

Defendant admits the allegations contained in Paragraph 20 of Plaintiff's

Complaint.

21.

Defendant denies the allegations contained in Paragraph 21 of Plaintiff's

Complaint.

22.

Defendant denies the allegations contained in Paragraph 22 of Plaintiff's

Complaint.

23.

Defendant can neither admit nor deny the allegations contained in Paragraph

23 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

COUNT ONE: 15 U.S.C. § 1640
TRUTH IN LENDING ACT

24.

Defendant incorporates Paragraphs 1 through 7 and 10 through 17 of Defendant's Answer to Plaintiff's Complaint as if each were set forth fully herein.

25.

Defendant can neither admit nor deny the allegations contained in Paragraph 25 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

26.

Defendant can neither admit nor deny the allegations contained in Paragraph 26 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

27.

Defendant denies the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28.

Defendant denies the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29.

Defendant denies the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30.

Defendant denies the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31.

Defendant incorporates Paragraphs 1 through 7, 10 through 17, and 22 through 23 of Defendant's Answer to Plaintiff's Complaint as if each were set forth fully herein.

32.

Defendant can neither admit nor deny the allegations contained in Paragraph 32 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

33.

Defendant can neither admit nor deny the allegations contained in Paragraph 33 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

34.

Defendant can neither admit nor deny the allegations contained in Paragraph 34 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

35.

Defendant can neither admit nor deny the allegations contained in Paragraph 35 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

36.

Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37.

Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.

Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.

Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.

Defendant can neither admit nor deny the allegations contained in Paragraph 40 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

41.

Defendant denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.

Defendant can neither admit nor deny the allegations contained in Paragraph 42 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

43.

Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44.

Defendant can neither admit nor deny the allegations contained in Paragraph 44 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

45.

Defendant can neither admit nor deny the allegations contained in Paragraph 45 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

46.

Defendant denies the allegations contained in Paragraph 46 of Plaintiff's

Complaint.

## COUNT THREE: O.C.G.A. § 11-9-625
## GEORGIA COMMERCIAL CODE

47.

Defendant incorporates Paragraphs 1 through 7 and 20 through 23 of

Defendant's Answer to Plaintiff's Complaint as if each were set forth fully herein.

48.

Defendant can neither admit nor deny the allegations contained in Paragraph

48 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

49.

Defendant can neither admit nor deny the allegations contained in Paragraph

49 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

12

50.

Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.

Defendant denies the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52.

Defendant can neither admit nor deny the allegations contained in Paragraph 52 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint and puts Plaintiff upon strict proof of the same.

## COUNT FOUR: O.C.G.A. § 10-1-399
## GEORGIA FAIR BUSINESS PRACTICES ACT

53.

Defendant incorporates Paragraphs 1 through 21 and 31 through 46 of Defendant's Answer to Plaintiff's Complaint as if each were set forth fully herein.

54.

Defendant can neither admit nor deny the allegations contained in Paragraph 54 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

55.

Defendant denies the allegations contained in Paragraph 55 of Plaintiff's

Complaint.

56.

Defendant can neither admit nor deny the allegations contained in Paragraph

56 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

57.

Defendant can neither admit nor deny the allegations contained in Paragraph

57 of Plaintiff's Complaint for lack of knowledge or information sufficient to form

a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's

Complaint and puts Plaintiff upon strict proof of the same.

58.

Defendant denies the allegations contained in Paragraph 58 of Plaintiff's

Complaint.

59.

Defendant denies the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60.

Defendant denies the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61.

Defendant denies the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.

Defendant denies the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.

Defendant denies the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64.

Defendant denies the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65.

Defendant denies the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66.

Defendant denies the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67.

Defendant denies the allegations contained in Paragraph 67 of Plaintiff's Complaint.

**WHEREFORE**, having fully answered, Defendant prays for the following relief:

(a) that the Complaint be dismissed and that all relief requested in Plaintiff's Complaint be denied;

(b) that Defendant be awarded its reasonable and necessary attorney's fees incurred and expenses of litigation in connection with this matter; and

(c) for such other and further relief that the Court deems just and proper.

Respectfully submitted, this 16th day of January, 2014.

THE CHILIVIS LAW FIRM LLC


*/s/ Nickolas P.T. Chilivis*
NICKOLAS P.T. CHILIVIS
Georgia Bar No. 124799
Attorney for Defendant

2352 Logan Cir., NE
Atlanta, Georgia 30319
(404) 304-9851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **DEFENDANT GUARANTEED AUTO INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

J. Erik Heath
Atlanta Legal Aid Society, Inc.
151 Spring Street, N.W.
Atlanta, GA 30303

This 16th day of January, 2014.

THE CHILIVIS LAW FIRM LLC

*/s/ Nickolas P.T. Chilivis*
Nickolas P. T. Chilivis
Georgia Bar No. 124799
Attorney for Defendant

2352 Logan Cir., NE
Atlanta, Georgia 30319
(404) 304-9851